UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. | ) |
| Plaintiffs, | ) CIVIL ACTION NO.: 3:10-CV-323 |
| v. | ) |
| INCREDIBLE DAVE'S, LLC, d/b/a INCRERDIBLE DAVE'S and DAVID WAYNE LAWRENCE, individually. | ) |
| Defendants. | ) |

## JOINT REPORT OF RULE 26(f) PLANNING MEETING

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 26(f), the parties in the above-captioned case have conferred, and hereby file this Joint Report of Rule 26(f) Planning Meeting. The parties state jointly as follows:

1. **Participation.** P. Stephen Gordinier, counsel for Defendants, and James W. Herr, counsel for Plaintiffs, conferred pursuant to FED. R. CIV. P. 26(f) and participated in preparing this Joint Report.

2. **Scheduling and Discovery Plan.** The parties have reached an agreement with respect to scheduling and discovery and have set out separate proposals below:

   (a) **Initial Disclosures.** FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) Disclosures shall be made on or before July 30, 2010.

   (b) **Discovery of Electronically Stored Information:** The parties do not anticipate that this matter will require discovery of electronically stored

information. The parties will produce responsive, non-privileged/protected information in hard copy format only.

    (c)    **Identify Experts and Compliance** with Fed. R. Riv. P. 26(a)(2):

        (i)    From Plaintiff(s) by: September 30, 2010.

        (ii)    From Defendant(s) by: October 29, 2010.

    (d)    **Joinder(s) of Additional Parties and Amendment of Pleadings** shall be due by: August 15, 2010.

    (e)    All Discovery shall be completed by: December 31, 2010.

    (f)    **All Parties Shall Supplement all Disclosures and Responses as Required by Fed. R. Civ. P. 26(e) Within a Reasonable Time But No Later Than:** January 15, 2011.

    (g)    **Dispositive Motions** shall be filed by February 28, 2011.

    (h)    **The Parties Would Like a Settlement Conference:** See item 3(a) below.

    (i)    **Pre-Trial Conference:** March 2011.

    (j)    The parties categorized this case as:

Complex _____ (Ready for trail within 2 years)

Simple \_\_\_X\_\_\_ (Ready for trial in less than one year)

Other _____ (Explain) _____

    (k)    **This Case Should be Ready for Trial by:** April 2011, and the parties request that the Court set a trial date now.

    (l)    **Approximated Length of Trial:** 1-2 days.

    (m)    **Jury Trial Request:** None.

3.    **Other Items.** The parties have conferred on the following items:

    (a)    **Settlement or Alternative Dispute Resolution.** The parties do not believe that a settlement conference is necessary at this time, but reserve the right to request a settlement conference with the Court in the future.

    (b)    **Confidentiality Orders.** The parties anticipate that a protective order will be necessary to protect certain confidential information, and will attempt to reach an agreement on the terms of such an order for review and entry by the Court.

(c) **Resolution by a Magistrate Judge.** The parties do not consent to referral to a magistrate judge under 28 U.S.C. § 636(c) and FED. R. CIV. P. 73.

AGREED TO BY:

| | |
|---|---|
| /s/ James W. Herr | /s/ P. Stephen Gordinier (with permission) |
| Melissa Norman Bork | P. Stephen Gordinier |
| James W. Herr | Pedley & Gordinier PLLC |
| Greenebaum Doll & McDonald PLLC | 1484 Starks Building |
| 3500 First National City Tower | 455 South Fourth Street |
| 101 South Fifth Street | Louisville, Kentucky 40202 |
| Louisville, Kentucky 40202 | Telephone: 502-214-3120 |
| Telephone: 502-589-4200 | Facsimile: 502-214-3121 |
| Facsimile: 502-587-3695 | |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the CM/ECF electronic filing system this 19th day of July, 2010, and will result in electronic service upon the following:

P. Stephen Gordinier
Pedley & Gordinier PLLC
1484 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
jgordinier@pedleylaw.com
sgordinier@pedleylaw.com

COUNSEL FOR DEFENDANTS

/s/ James W. Herr
COUNSEL FOR PLAINTIFFS

3971816_1.doc

3